UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MYRON GLENN,

    Plaintiff,

v.

CORIZON MEDICAL INC.,

    Defendant.

_____/

Case No. 2:17-cv-10972
District Judge George Caram Steeh
Magistrate Judge Anthony P. Patti

## **ORDER TO PROVIDE THE CORRECT ADDRESS FOR DEFENDANT CORIZON**

Plaintiff, Myron Glenn, a state prisoner who is proceeding without the assistance of counsel, filed his complaint and application to proceed without prepayment of fees on March 27, 2017. (DE 1, 2.) The Court granted Plaintiff's application on March 29, 2017 and directed the U.S. Marshals Service to serve Defendant, Corizon Medical Inc. ("Corizon"), without prepayment of costs. (DE 4-5.) Plaintiff provided the following address for service upon Corizon: 105 Westpark Drive, Suite #200, Brentwood, Tennessee 37027. This case was referred to me for all pretrial matters on April 3, 2017, pursuant 28 U.S.C. § 636(b)(1)(a) and (b). (DE 7.)

On May 5, 2017, the service documents were returned unexecuted as to Corizon. The letter from Janeice Edwards of the U.S. Marshals Service indicated that process was returned by the U.S. Post Office as "Unable to Forward." (DE 8.) Plaintiff is therefore **ORDERED** to provide the Court with the correct address for Corizon so that service can again be attempted. Plaintiff is to provide the information to the Court in writing **ON OR BEFORE JUNE 30, 2017.** Thereafter, the U.S. Marshals Service **SHALL** re-attempt service of the summons and complaint upon Corizon in the address provided by Plaintiff.

    **IT IS SO ORDERED.**


Dated: May 30, 2017                         s/Anthony P. Patti
                                                Anthony P. Patti
                                                UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on May 30, 2017, electronically and/or by U.S. Mail.

                                                s/Michael Williams
                                                Case Manager for the
                                                Honorable Anthony P. Patti